AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | Case No. 1:06CV02069 |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE Dec. 27, 2006   1:05PM |
| NAME OF SERVER (PRINT) Michael B. Fixman | TITLE Constable / Supervisor / A disinterested person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served in hand to Vincenzo Monaco, agent authorized to accept service on behalf of Freeman-Carder, LLC. Served at 20 Sun St, Waltham, MA 02453

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): also served exhibits 1-5 and notice of right to consent to trial before magistrate.

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 125.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Dec. 27, 2006
                  Date                    Signature of Server

on behalf of All-N-One Legal Support, Inc.
Address of Server  1545 Wilshire Blvd., Suite 715
                   Los Angeles, CA  90017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.