UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT )
PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
 )
and )
 )
DOUGLAS MCCARRON, RICHARD ) Case No. 1:06CV02069-RMU
ARISPE, ALAN CHIL'COTE, as Trustees )
of the CARPENTERS LABOR- )
MANAGEMENT PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
 ) Judge: Ricardo M. Urbina
Plaintiffs, )
 ) Date Complaint Filed:
v. ) December 4, 2006
 )
FREEMAN-CARDER LLC, a )
Massachusetts Limited Liability )
Company, )
20 Sun Street )
Waltham, Massachusetts )
 )
Defendant. )
_____)

### DECLARATION OF BRIAN F. QUINN IN SUPPORT OF REQUEST TO ENTER DEFAULT

I, BRIAN F. QUINN, declare:

1. I am one of the attorneys for plaintiffs, Carpenters Labor-Management Pension Fund ("Pension Fund'), and Plaintiffs, Douglas McCarron, Richard Arispe, Alan Chilcoté ("Trustees'), in their capacities as fiduciaries with respect to the Pension Fund (together, the "Plaintiffs"), in the above-entitled action, licensed to practice in all the courts in Washington, D.C. and a member of the bar of this court.

2. If called upon to testify, I could and would competently do so.

3. The summons and complaint in this action were served on defendant, FREEMAN-CARDER LLC, a Massachusetts Limited Liability, ("DEFENDANT"), on December 27, 2006, as appears on the Return of Service of the summons and

complaint (see Exhibit "A"). Said Return of Service was filed with the Court on February 2, 2007.

4. The time within which DEFENDANT may answer or otherwise move as to the complaint has expired.

5. DEFENDANT has not answered or otherwise moved.

6. The time for DEFENDANT to answer or otherwise move has not been extended.

Executed this 12th day of February 2007, at Washington, D.C. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Brian F. Quinn
BRIAN F. QUINN
D.C. Bar No. 447619

a member of
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
101 Constitution Ave. N.W., Tenth Floor
Washington, DC 20001
Telephone (202)589-1151
Telecopier (202)589-0105
Email: bquinn@deconsel.com

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE | Case No. 1:06CV02069 |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | Dec. 27, 2006  1:05PM |
| NAME OF SERVER (PRINT)  Michael B. Fixman | TITLE | Constable  A disinterested person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served in hand to Vincenzo Monaco, Supervisor agent authorized to accept service on behalf of Freeman-Carder, LLC. Served at 20 Sun St, Waltham, MA 02453

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): also served exhibits 1-5 and notice of right to consent to trial before magistrate.

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  125.00 |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Dec. 27, 2006           [signature]
              Date                   Signature of Server

                                     on behalf of All-N-One Legal Support, Inc.
                       Address of Server  1545 Wilshire Blvd., Suite 715
                                          Los Angeles, CA  90017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT )
PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
 )
and )
 )
DOUGLAS MCCARRON, RICHARD ) Case No. 1:06CV02069-RMU
ARISPE, ALAN CHIL'COTE, as Trustees )
of the CARPENTERS LABOR- )
MANAGEMENT PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C. 20001 )
 ) Judge: Ricardo M. Urbina
Plaintiffs, )
 ) Date Complaint Filed:
v. ) December 4, 2006
 )
FREEMAN-CARDER LLC, a )
Massachusetts Limited Liability )
Company, )
20 Sun Street )
Waltham, Massachusetts )
 )
Defendant. )
_____)

## REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

YOU WILL PLEASE ENTER THE DEFAULT of the defendant, FREEMAN-CARDER LLC, a Massachusetts Limited Liability Company, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the declaration filed herewith.

Dated: February 12, 2007        /s/ Brian H. Quinn
                                Brian F. Quinn, Esq. D.C. Bar No. 447619
                                a member of
                                DeCARLO, CONNOR & SHANLEY, a Prof. Corp.
                                101 Constitution Ave. N.W., Tenth Floor
                                Washington, DC 20001
                                Telephone (202)589-1151 and Fax: (202)589-0105
                                Email: bquinn@deconsel.com

Carpenters Labor, etc. v. Freeman-Carder, et al.

## CERTIFICATE OF SERVICE

(Carpenters Labor-Management, etc. v. Freeman-Carder LLC, etc.)
(USDC Case No. 1:06CV02069-RMU)

The undersigned hereby certifies that a copy of the foregoing **DECLARATION OF BRIAN F. QUINN IN SUPPORT OF REQUEST TO ENTER DEFAULT** has been served on defendant, FREEMAN-CARDER LLC, a Massachusetts Limited Liability Company, by depositing same in the U.S. Mail, first class postage prepaid and properly addressed at 20 Sun Street, Waltham, Massachusetts 02453, this 12th day of February, 2007.

*Denise Cooper* (signature)
Denise Cooper
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
101 Constitution Ave., N.W. Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105