Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT
PENSION FUND

    Plaintiff(s)

Civil Action No. 06-2069 (RMU)

V.

FREEMAN-CARDER LLC

    Defendant(s)

RE:  FREEMAN-CARDER LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 27, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 13th day of February, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk