## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | )<br>)<br>)<br>) Case No. 1:06CV02069-RMU<br>) |
| and | )<br>) |
| DOUGLAS MCCARRON, RICHARD<br>ARISPE, ALAN CHIL'COTE, as<br>Trustees of the CARPENTERS LABOR-<br>MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | )<br>) Judge: Ricardo M. Urbina<br>)<br>)<br>)<br>) Date Complaint filed:<br>)       December 4, 2006 |
| Plaintiffs, | ) |
| v. | ) |
| FREEMAN-CARDER, LLC, a<br>Massachusetts Limited Liability<br>Company,<br>20 Sun Street<br>Waltham, MA | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## AFFIDAVIT OF BRIAN QUINN

The undersigned, hereby declares under penalty of perjury that:

1.  My name is Brian Quinn. I am over the age of twenty-one and competent to make this Affidavit. I am counsel of record for the Plaintiffs in the above-styled and numbered case and I have personal knowledge of the matters stated herein, including facts that have been elicited from my review of the files in this matter.

2.  On February 13, 2007, the Clerk of the Court executed an Entry of Default. Under these circumstances, and as discussed in the accompanying Memorandum in Support of Default Judgment, PLAINTIFFS in this action are considered prevailing parties and are entitled to reasonable attorneys' fees under ERISA Section 502(g)(2)(D), 29 U.S.C. §1132(g)(2)(D).

3.  I have reviewed all of the legal services rendered on behalf of the
    PLAINTIFFS in this case. All such services were reasonable and necessary
    to prosecute the PLAINTIFFS' cause of action against FREEMAN-
    CARDER, LLC, a Massachusetts Limited Liability Company,
    ("DEFENDANT"). I am licensed to practice law in the District of
    Columbia, and am admitted to practice in the United States District Court
    for the District of Columbia.

4.  Exhibit 8 to this Affidavit details the hours spent by attorneys in my firm on
    this matter. I reviewed the hours billed and believe them to be reasonable
    under the circumstances. The total amount of attorneys' fees claimed is
    $5,575.00.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22 , 2007 at Washington, D.C.

DATED:  June 22, 2007    *Brian H. Quinn*

Brian F. Quinn, Esq. D.C.Bar No. 447619
a member of
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
101 Constitution Avenue, N.W.
Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105
Email: bquinn@deconsel.com

Summary of Attorney Fees

| Month | Attorney Fees |
|---|---|
| February 2006 | $378.00 |
| March 2006 | $342.00 |
| April 2006 | $711.00 |
| May 2006 | $389.25 |
| June 2006 | $369.00 |
| July 2006 | $288.00 |
| August 2006 | $81.00 |
| September 2006 | $45.00 |
| October 2006 | $351.00 |
| November 2006 | $666.00 |
| December 2006 | $180.00 |
| January 2007 | $63.00 |
| February 2007 | $587.00 |
| March 2007 | $769.25 |
| April 2007 | $355.50 |
| | |
| Total | $5,575.00 |

EXHIBIT NO. 8-1
PAGE NO. 3

STATEMENT-OFFICE COPY

DE CARLO & CONNOR
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

MARCH 27, 2006

**PLEASE PAY $386.60**

\*\*REDRAFT STATEMENT\*\*

LAST CHARGES BILLED ON:   02/06
LAST PAYMENT RECEIVED ON:  00/00
(405) 682-2323

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK  73108-1751

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                      (31 -R 8406)

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $386.60

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                      (31 -R 8406)

PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:

| | | | HOURS | FEES |
|---|---|---|---|---|
| 1 | MRG 2/10/06 | REVIEW FILE FREEMAN - CARDER LLC. | .50 | 90.0( |
| 2 | MRG 2/12/06 | TELEPHONE CALL TO GAIL PATTON RE FREEMAN CARDER. | .35 | 63.0( |
| 3 | MRG 2/13/06 | PREPARE MEMO TO FILE RE FREEMAN CARDER. | .20 | 36.0( |
| 4 | MRG 2/13/06 | TELEPHONE CALL TO GAIL PATTON RE FREEMAN CARDER. | .10 | 18.0( |
| 5 | MRG 2/14/06 | REVIEW FILE (FREEMAN - CARDER) & UPDATE AMOUNTS OWED. | .20 | 0.0( |
| 6 | MRG 2/14/06 | TELEPHONE CALL TO FREEMAN-CARDER RE DELINQUENCY. | .10 | 18.0( |
| 7 | MRG 2/17/06 | TELEPHONE CALL TO STEVE KURZ. | .05 | 9.0( |
| 8 | MRG 2/20/06 | TELEPHONE CALL TO STEVE KURZ. | .10 | 18.0( |
| 9 | MRG 2/20/06 | UPDATE INFORMATION ON ABACUS. | .05 | 9.0( |
| 10 | MRG 2/23/06 | INSTRUCTIONS TO STAFF RE DEMAND LETTER. | .10 | 18.0( |
| 11 | MRG 2/24/06 | REVISION OF DEMAND LETTER. | .20 | 36.0( |
| 12 | MRG 2/24/06 | PREPARE DEMAND LETTER. | .30 | 54.0( |
| 13 | MRG 2/24/06 | TELEPHONE CALL FROM GAIL PATTON. | .05 | 9.0( |
| | | | 2.30 | $378.0( |

SUMMARY OF HOURS, RATES & FEES
MRG HOURS:    2.10  @  $180.00 PER HOUR     $378.00
NO CHARGE HOURS:   0.20
NET TOTAL HOURS:   2.30      NET TOTAL FEES:   $378.00

COSTS ADVANCED SINCE THE LAST STATEMENT:                    COSTS
| 14 | 2/24/06 | PHOTOCOPY CHARGES DEMAND LTR W/ ENC & CC. | 2.4( |
| 15 | 2/24/06 | POSTAGE. | 6.2( |

CURRENT COSTS:   $8.6(

BALANCE FROM THE LAST STATEMENT:   $0.0(
PLUS: CHARGES LISTED ABOVE :   $386.6(
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY:   $386.6(

| | OPENED 2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE PAID | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|---|---|---|
| HOURS: | | 2.30 | 0.00 | | | |
| PAYMENTS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $8.60 | $0.00 | $0.00 | $0.00 | $8.60 |
| FEES: | | $378.00 | $0.00 | $0.00 | $0.00 | $378.00 |

EXHIBIT NO. 8-2
PAGE NO. 4

STATEMENT-OFFICE COPY

*DE CARLO & CONNOR*
*A PROFESSIONAL CORPORATION*
*533 SOUTH FREMONT AVENUE, 9TH FLOOR*
*LOS ANGELES, CA 90071-1706*
*(213) 488-4100*

MARCH 31, 2006

**PLEASE PAY $728.60**

LAST CHARGES BILLED ON:   03/06
LAST PAYMENT RECEIVED ON: 00/00
(405) 682-2323

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

FILE # 8584   CLMPF-FREEMAN CARDER (MA)                         (31 -R 8406)

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $728.60

FILE # 8584   CLMPF-FREEMAN CARDER (MA)                         (31 -R 8406)

**PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:**

| | | | HOURS | FEES |
|---|---|---|---|---|
| 1 MRG | 3/03/06 | TELEPHONE CALL TO STEVE KURZ. | .20 | 36.00 |
| 2 MRG | 3/03/06 | UPDATE INFORMATION ON ABACUS & E-MAIL TO PATTON. | .20 | 36.00 |
| 3 MRG | 3/06/06 | TELEPHONE CALL FROM STEVE KURZ RE SETTLEMENT. | .20 | 36.00 |
| 4 MRG | 3/06/06 | UPDATE INFORMATION ON ABACUS. | .10 | 18.00 |
| 5 MRG | 3/06/06 | TELEPHONE CALL FROM GAIL PATTON. | .05 | 9.00 |
| 6 MRG | 3/10/06 | TELEPHONE CALL TO BILL DAVIS RE SETTLEMENT. | .05 | 9.00 |
| 7 MRG | 3/10/06 | TELEPHONE CALL TO STEVE KURZ (LEFT DETAILED MESSAGE) RE SETTLEMENT. | .05 | 9.00 |
| 8 MRG | 3/10/06 | UPDATE INFORMATION ON ABACUS. | .20 | 36.00 |
| 9 MRG | 3/16/06 | TELEPHONE CALL TO STEVE KURZ (LEFT MESSAGE). | .05 | 9.00 |
| 10 MRG | 3/16/06 | UPDATE INFORMATION ON ABACUS. | .15 | 27.00 |
| 11 MRG | 3/16/06 | CONFERENCE GAIL PATTON RE STATUS. | .05 | 9.00 |
| 12 MRG | 3/23/06 | REVIEW FILE RE FILING COMPLAINT. | .20 | 36.00 |
| 13 MRG | 3/23/06 | TELEPHONE CALL TO GAIL PATTON (LEFT MESSAGE). | .05 | 0.00* |
| 14 MRG | 3/24/06 | REVIEW FILE RE COMPLAINT. | .20 | 36.00 |
| 15 MRG | 3/24/06 | INSTRUCTIONS TO STAFF RE PREPARING COMPLAINT. | .15 | 27.00 |
| 16 MRG | 3/24/06 | TELEPHONE CALL TO GAIL PATTON. | .05 | 9.00 |
| | | | 1.95 | $342.00 |

**SUMMARY OF HOURS, RATES & FEES**

|  | | | |
|---|---|---|---|
| MRG HOURS: | 1.90 | @ $180.00 PER HOUR | $342.00 |
| NO CHARGE HOURS: | 0.05 | | |
| NET TOTAL HOURS: | 1.95 | NET TOTAL FEES: | $342.00 |

| | |
|---|---|
| BALANCE FROM THE LAST STATEMENT : | $386.60 |
| PLUS: CHARGES LISTED ABOVE : | $342.00 |
| TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY : | $728.60 |

| OPENED 2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE PAID | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|---|---|
| HOURS: | 4.25 | 0.00 | | | |
| PAYMENTS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LATE CHARGES: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | $8.60 | $0.00 | $0.00 | $8.60 | $8.60 |
| FEES: | $720.00 | $0.00 | $0.00 | $378.00 | $720.00 |

EXHIBIT NO. 8-3

PAGE NO. 5

STATEMENT-OFFICE COPY

DE CARLO & CONNOR
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

MAY 12, 2006

**PLEASE PAY $1,061.14**

\*\*REDRAFT STATEMENT\*\*

LAST CHARGES BILLED ON:   04/06
LAST PAYMENT RECEIVED ON:  04/06

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

(405) 682-2323

FILE #  8584   CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $1,061.14**

FILE #  8584   CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

**PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:**

| | | | | HOURS | FEES |
|---|---|---|---|---|---|
| 1 | MRG | 4/04/06 | TELEPHONE CALL FROM GAIL PATTON RE STATUS. | .05 | 9.00 |
| 2 | MRG | 4/04/06 | TELEPHONE CALL FROM HENRY WELSH RE STATUS. | .05 | 9.00 |
| 3 | MRG | 4/04/06 | UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 4 | MRG | 4/04/06 | TELEPHONE CALL FROM STEVE KURZ. | .15 | 27.00 |
| 5 | MRG | 4/04/06 | PREPARE E-MAIL TO EMPLOYER RE FINANCIAL QUESTIONNAIRE, ETC. | .20 | 36.00 |
| 6 | MRG | 4/06/06 | REVIEW E-MAIL FROM SANTOS & FAREO QUESTIONNAIRE. | .20 | 36.00 |
| 7 | MRG | 4/07/06 | UPDATE INFORMATION ON ABACUS & E-MAIL NOTES TO GAIL PATTON. | .20 | 36.00 |
| 8 | MRG | 4/10/06 | CONFERENCE GAIL PATTON RE STATUS. | .05 | 9.00 |
| 9 | MRG | 4/10/06 | ATTEMPTED PHONE CALLS TO STEVE KURZ. | .10 | 0.00* |
| 10 | MRG | 4/10/06 | PREPARE E-MAIL TO SHARON SANTOS (FREEMAN CARDER). | .10 | 18.00 |
| 11 | MRG | 4/10/06 | UPDATE INFORMATION ON ABACUS. | .10 | 18.00 |
| 12 | MRG | 4/13/06 | TELEPHONE CALL TO GAIL PATTON (LEFT MESSAGE). | .05 | 0.00* |
| 13 | MRG | 4/13/06 | UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 14 | MRG | 4/14/06 | REVIEW & RESPOND TO E-MAIL FROM SHARON SANTOS. | .05 | 9.00 |
| 15 | MRG | 4/18/06 | UPDATE INFORMATION ON ABACUS. | .10 | 18.00 |
| 16 | MRG | 4/20/06 | REVIEW DEBTOR EXAM QUESTIONNAIRE. | .20 | 36.00 |
| 17 | MRG | 4/20/06 | PREPARE E-MAIL TO GAIL PATTON RE DEBTOR EXAM QUESTIONNAIRE. | .10 | 18.00 |
| 18 | MRG | 4/20/06 | TELEPHONE CALL FROM GAIL PATTON RE DEBTOR QUESTIONNAIRE. | .10 | 18.00 |
| 19 | MRG | 4/20/06 | PREPARE E-MAIL TO EMPLOYER RE MARCH 2006 REPORT. | .05 | 9.00 |
| 20 | MRG | 4/21/06 | PREPARE LETTER RECOMMENDING SETTLEMENT TO HENRY. | 1.25 | 225.00 |
| 21 | MRG | 4/21/06 | PREPARE E-MAIL TO PATTON RE DRAFT LETTER TO HENRY. | .20 | 36.00 |
| 22 | MRG | 4/24/06 | REVISION OF LETTER TO MARIAN HENRY. | .20 | 36.00 |
| 23 | MRG | 4/24/06 | PREPARE E-MAIL TO FREEMAN CARDER RE SETTLEMENT. | .40 | 72.00 |
| 24 | MRG | 4/25/06 | TELEPHONE CALL TO GAIL PATTON. | .10 | 18.00 |
| | | | | 4.10 | $711.00 |

**SUMMARY OF HOURS, RATES & FEES**

| | | |
|---|---|---|
| MRG HOURS: | 3.95 @ $180.00 PER HOUR | $711.00 |
| NO CHARGE HOURS: | 0.15 | |
| NET TOTAL HOURS: | 4.10    NET TOTAL FEES: | $711.00 |

**COSTS ADVANCED SINCE THE LAST STATEMENT:**

| | | | COSTS |
|---|---|---|---|
| 25 | 4/25/06 | PHOTOCOPY CHARGES SETTLMT LTR TO M. HENY FOR TRUSTEE APPROVAL. | 6.40 |
| 26 | 4/25/06 | POSTAGE SETTLMT LTR TO M. HENY FOR TRUSTEE APPROVAL. | 1.74 |
| | | CURRENT COSTS: | $8.14 |

**PAYMENT ACTIVITY SINCE THE LAST STATEMENT:**

| | | | |
|---|---|---|---|
| 27 | 4/11/06 | $386.60 | PAYMENT WAS RECEIVED, THANK YOU CK 5653. |

EXHIBIT NO. _8-4_

PAGE NO. _6_

STATEMENT-OFFICE COPY

8406×31 -8584                               MAY 12, 2006                                PAGE  2

BALANCE FROM THE LAST STATEMENT:          $728.60
PLUS: CHARGES LISTED ABOVE :          $719.14
MINUS: PAYMENTS SINCE THE LAST STATEMENT:          $386.60
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY:        $1,061.14

| | OPENED  2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE | BEGINNING | ENDING |
|---|---|---|---|---|---|---|
| | HOURS: | 8.35 | 0.00 | PAID | BALANCE | BALANCE |
| PAYMENTS: | | $386.60- | $0.00 | $386.60- | $0.00 | $0.00 |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $16.74 | $0.00 | $8.60- | $8.60 | $8.14 |
| FEES: | | $1,431.00 | $0.00 | $378.00- | $720.00 | $1,053.00 |

2

EXHIBIT NO. 8-5
PAGE NO. 7

STATEMENT-OFFICE COPY

DE CARLO & CONNOR
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

MAY 31, 2006

**PLEASE PAY $1,108.39**

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

LAST CHARGES BILLED ON:   05/06
LAST PAYMENT RECEIVED ON:  05/06
(405) 682-2323

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $1,108.39

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:

| | | | HOURS | FEES |
|---|---|---|---|---|
| 1 | MRG | 5/08/06 TELEPHONE CALL TO GAIL PATTON. | .05 | 9.00 |
| 2 | MRG | 5/08/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 3 | MRG | 5/12/06 TELEPHONE CALL TO GAIL PATTON (LEFT MESSAGE) RE STATUS. | .05 | 0.00 |
| 4 | MRG | 5/16/06 REVIEW FILE RE SETTLEMENT. | .20 | 36.00 |
| 5 | MRG | 5/16/06 REVIEW PACER SYSTEM FOR CLMPF SAMPLE SETTLEMENT FORMS. | .45 | 81.00 |
| 6 | MRG | 5/16/06 PREPARE E-MAIL TO GAIL PATTON RE SETTLEMENT. | .20 | 36.00 |
| 7 | MRG | 5/18/06 UPDATE INFORMATION ON ABACUS. | .15 | 27.00 |
| 8 | MRG | 5/18/06 INSTRUCTIONS TO STAFF RE SETTLEMENT DOCUMENTS. | .10 | 18.00 |
| 9 | BFQ | 5/23/06 TELEPHONE CALL GIFFORD RE: CONF. OF JDGMT. (RA). | .15 | 27.00 |
| 10 | RAO | 5/23/06 QUINN RE D.C. LAW RE SETTLEMENT DOCUMENT. | .15 | 8.25 |
| 11 | RAO | 5/23/06 PREPARE E-MAIL TO EMPLOYER RE ACCEPTANCE. | .20 | 11.00 |
| 12 | RAO | 5/23/06 REVISION OF SETTLEMENT DOCUMENTS. | 1.00 | 55.00 |
| 13 | MRG | 5/30/06 REVIEW SETTLEMENT DOCUMENTS. | .10 | 18.00 |
| 14 | MRG | 5/30/06 REVISION OF SETTLEMENT DOCUMENTS. | .30 | 54.00 |
| | | | 3.15 | $389.25 |

SUMMARY OF HOURS, RATES & FEES

| | | | | | |
|---|---|---|---|---|---|
| MRG HOURS: | 1.60 | @ | $180.00 PER HOUR | $288.00 | |
| BFQ HOURS: | 0.15 | @ | $180.00 PER HOUR | $27.00 | |
| RAO HOURS: | 1.35 | @ | $55.00 PER HOUR | $74.25 | |
| NO CHARGE HOURS: | 0.05 | | | | |
| NET TOTAL HOURS: | 3.15 | | NET TOTAL FEES: | $389.25 | |

PAYMENT ACTIVITY SINCE THE LAST STATEMENT:

15   5/18/06        $342.00  PAYMENT WAS RECEIVED, THANK YOU CK 5687.

BALANCE FROM THE LAST STATEMENT:      $1,061.14
PLUS: CHARGES LISTED ABOVE :        $389.25
MINUS: PAYMENTS SINCE THE LAST STATEMENT:      $342.00-
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY:     $1,108.39

| | OPENED 2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE | BEGINNING | ENDING |
|---|---|---|---|---|---|---|
| | HOURS: | 11.50 | 0.00 | PAID | BALANCE | BALANCE |
| PAYMENTS: | | $728.60- | $0.00 | $728.60- | $0.00 | $0.00 |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $16.74 | $0.00 | $16.74- | $8.14 | $0.00 |
| FEES: | | $1,820.25 | $0.00 | $711.86- | $1,053.00 | $1,108.39 |

EXHIBIT NO. 8-6

PAGE NO. 8

54

STATEMENT-OFFICE COPY

DE CARLO, CONNOR & SHANLEY
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

JULY 19, 2006

**PLEASE PAY $766.37**

**REDRAFT STATEMENT**

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

LAST CHARGES BILLED ON:   06/06
LAST PAYMENT RECEIVED ON:  06/06
(405) 682-2323

FILE # 8584   CLMPF-FREEMAN CARDER (MA)                                    (31 -R  8406)

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $766.37

FILE # 8584   CLMPF-FREEMAN CARDER (MA)                                    (31 -R  8406)

| | | PROFESSIONAL SERVICES SINCE THE LAST STATEMENT: | HOURS | FEES |
|---|---|---|---|---|
| 1 | BFQ | 6/01/06 REVIEW FREEMAN CARDER. | .05 | 9.00 |
| 2 | MRG | 6/08/06 CONFERENCE BRIAN QUINN RE DRAFT SETTLEMENT DOCUMENTS. | .05 | 9.00 |
| 3 | MRG | 6/08/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 4 | MRG | 6/20/06 PREPARE EMAIL TO ATTORNEY QUINN RE STATUS. | .10 | 0.00* |
| 5 | MRG | 6/22/06 TELEPHONE CALL TO BRIAN QUINN RE SETTLEMENT DOCUMENTS. | .05 | 9.00 |
| 6 | MRG | 6/22/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 7 | MRG | 6/23/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 8 | MRG | 6/27/06 TELEPHONE CALL TO BRIAN QUINN (LEFT MESSAGE). | .05 | 0.00* |
| 9 | MRG | 6/27/06 UPDATE INFORMATION ON ABACUS. | .05 | 0.00* |
| 10 | MRG | 6/28/06 TELEPHONE CALL TO GAIL PATTON (LEFT DETAILED MESSAGE). | .05 | 9.00 |
| 11 | MRG | 6/28/06 UPDATE INFORMATION ON ABACUS. | .10 | 18.00 |
| 12 | MRG | 6/28/06 PREPARE E-MAIL TO EMPLOYER RE SETTLEMENT. | .10 | 18.00 |
| 13 | MRG | 6/28/06 REVISION OF SETTLEMENT DOCUMENTS. | .10 | 18.00 |
| 14 | MRG | 6/28/06 INSTRUCTIONS TO STAFF RE ACCEPTANCE LETTER. | .10 | 18.00 |
| 15 | MRG | 6/28/06 TELEPHONE CALL FROM BRIAN QUINN RE CONFESSION OF JUDGMENT. | .20 | 36.00 |
| 16 | MRG | 6/28/06 REVISION OF SETTLEMENT DOCUMENTS. | .30 | 54.00 |
| 17 | MRG | 6/28/06 REVISION OF ACCEPTANCE LETTER. | .35 | 63.00 |
| 18 | MRG | 6/29/06 REVISION OF ACCEPTANCE LETTER. | .10 | 18.00 |
| 19 | MRG | 6/29/06 TELEPHONE CALL FROM GAIL PATTON. | .05 | 9.00 |
| 20 | MRG | 6/29/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 21 | MRG | 6/29/06 CONFERENCE GAIL PATTON. | .05 | 9.00 |
| 22 | MRG | 6/29/06 UPDATE INFORMATION ON ABACUS. | .10 | 18.00 |
| 23 | MRG | 6/29/06 INSTRUCTIONS TO STAFF RE SETTLEMENT LETTER. | .10 | 18.00 |
| | | | 2.25 | $369.00 |

SUMMARY OF HOURS, RATES & FEES

| | | | | | |
|---|---|---|---|---|---|
| BFQ HOURS: | 0.05 | @ | $180.00 PER HOUR | $9.00 | |
| MRG HOURS: | 2.00 | @ | $180.00 PER HOUR | $360.00 | |
| NO CHARGE HOURS: | 0.20 | | | | |
| NET TOTAL HOURS: | 2.25 | | NET TOTAL FEES: | $369.00 | |

**COSTS ADVANCED SINCE THE LAST STATEMENT:**                                    COSTS

| 24 | 6/29/06 PHOTOCOPY CHARGES ACCEPT. LTR W/ ENC & CC MAILED. | 5.60 |
|---|---|---|
| 25 | 6/29/06 POSTAGE ACCEPT. LTR W/ ENC & CC MAILED. | 2.52 |
| | CURRENT COSTS: | $8.12 |

**PAYMENT ACTIVITY SINCE THE LAST STATEMENT:**

26   6/12/06        $719.14   PAYMENT WAS RECEIVED, THANK YOU CK 5730.

EXHIBIT NO. 8-7
PAGE NO. 9

1

8406-31 -8584                                          JULY 19, 2006                                          PAGE   2

BALANCE FROM THE LAST STATEMENT:               $1,108.39
PLUS: CHARGES LISTED ABOVE :                 $377.12
MINUS: PAYMENTS SINCE THE LAST STATEMENT:      $719.14·
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY:      $766.37

| | OPENED 2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE PAID | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|---|---|---|
| HOURS: | | 13.75 | 0.00 | | | |
| PAYMENTS: | | $1,447.74- | $0.00 | $1,447.74- | $0.00 | $0.00 |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $24.86 | $0.00 | $16.74- | $0.00 | $8.12 |
| FEES: | | $2,189.25 | $0.00 | $1,431.00- | $1,108.39 | $758.25 |

2

EXHIBIT NO. 8-8
PAGE NO. 10

STATEMENT-OFFICE COPY

*DE CARLO, CONNOR & SHANLEY*
*A PROFESSIONAL CORPORATION*
*533 SOUTH FREMONT AVENUE, 9TH FLOOR*
*LOS ANGELES, CA 90071-1706*
*(213) 488-4100*

JULY 31, 2006

**PLEASE PAY $673.44**

LAST CHARGES BILLED ON:   07/06
LAST PAYMENT RECEIVED ON:   07/06

CARPENTERS LABOR MANAGEMENT PENSION FUND          (405) 682-2323
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

FILE # 8584   CLMPF-FREEMAN CARDER (MA)                              (31 -R 8406)

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $673.44**

FILE # 8584   CLMPF-FREEMAN CARDER (MA)                              (31 -R 8406)

**PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:**

| | | | | HOURS | FEES |
|---|---|---|---|---|---|
| 1 | MRG | 7/17/06 | REVIEW FILE RE STATUS. | .15 | 27.00 |
| 2 | MRG | 7/17/06 | INSTRUCTIONS TO STAFF RE LATE LETTER. | .05 | 9.00 |
| 3 | MRG | 7/18/06 | REVISION OF DEFAULT LETTER. | .10 | 18.00 |
| 4 | MRG | 7/20/06 | REVIEW FILE. | .20 | 36.00 |
| 5 | MRG | 7/20/06 | UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 6 | MRG | 7/20/06 | PREPARE FAX TO GAIL PATTON. | .10 | 18.00 |
| 7 | MRG | 7/24/06 | REVISION OF TRANSMITTAL LETTER RE PAYMENT. | .20 | 36.00 |
| 8 | MRG | 7/24/06 | REVIEW PAYMENT. | .10 | 18.00 |
| 9 | MRG | 7/24/06 | INSTRUCTIONS TO STAFF RE LETTER TO FREEMAN-CARDER. | .10 | 18.00 |
| 10 | MRG | 7/24/06 | REVIEW FILE RE STATUS. | .10 | 18.00 |
| 11 | MRG | 7/24/06 | TELEPHONE CALL TO GAIL PATTON (LEFT MESSAGE). | .05 | 0.00* |
| 12 | MRG | 7/24/06 | REVIEW FILE RE ST. | .10 | 18.00 |
| 13 | MRG | 7/24/06 | CONFERENCE GAIL PATTON RE STATUS. | .05 | 9.00 |
| 14 | MRG | 7/24/06 | TELEPHONE CALL TO SHARON SANTOS RE PAYMENT. | .05 | 9.00 |
| 15 | MRG | 7/28/06 | REVISION OF DEFAULT LETTER. | .10 | 18.00 |
| 16 | MRG | 7/28/06 | TELEPHONE CALL FROM GAIL PATTON. | .05 | 9.00 |
| 17 | MRG | 7/28/06 | UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 18 | MRG | 7/28/06 | INSTRUCTIONS TO STAFF RE DEFAULT LETTER TO EMPLOYER. | .05 | 9.00 |
| | | | | 1.65 | $288.00 |

**SUMMARY OF HOURS, RATES & FEES**

| | | | |
|---|---|---|---|
| MRG HOURS: | 1.60 | @ $180.00 PER HOUR | $288.00 |
| NO CHARGE HOURS: | 0.05 | | |
| NET TOTAL HOURS: | 1.65 | NET TOTAL FEES: | $288.00 |

**COSTS ADVANCED SINCE THE LAST STATEMENT:**

| | | | COSTS |
|---|---|---|---|
| 19 | 7/18/06 | PHOTOCOPY CHARGES LTR TO ER RE ITS JULY PYMT W/ ENC. | 0.80 |
| 20 | 7/18/06 | POSTAGE LTR TO ER RE ITS JULY PYMT W/ ENC. | 1.56 |
| 21 | 7/25/06 | PHOTOCOPY CHARGES PROC. PYMT & LTR TO ER W/ CC. | 1.80 |
| 22 | 7/25/06 | POSTAGE PROC. PYMT & LTR TO ER W/ CC. | 1.80 |
| 23 | 7/28/06 | PHOTOCOPY CHARGES DEFAULT LTR RE SETTLMT W/ CC. | 0.80 |
| 24 | 7/28/06 | POSTAGE DEFAULT LTR RE SETTLMT W/ CC. | 1.56 |
| | | CURRENT COSTS: | $8.32 |

**PAYMENT ACTIVITY SINCE THE LAST STATEMENT:**

| | | | |
|---|---|---|---|
| 25 | 7/14/06 | $389.25 | PAYMENT WAS RECEIVED, THANK YOU CK 5772. |

| | |
|---|---|
| BALANCE FROM THE LAST STATEMENT : | $766.37 |
| PLUS: CHARGES LISTED ABOVE : | $296.32 |
| MINUS: PAYMENTS SINCE THE LAST STATEMENT: | $389.25- |
| TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY : | $673.44 |

EXHIBIT NO. 8-9

PAGE NO. 11

STATEMENT-OFFICE COPY

8406-31 -8584                                    JULY 31, 2006                                    PAGE  2

| | | ADJUSTMENTS | YEAR-TO-DATE | BEGINNING | ENDING |
|---|---|---|---|---|---|
| OPENED  2/06 | FILE-TO-DATE | | PAID | BALANCE | BALANCE |
| HOURS: | 15.40 | 0.00 | | | |
| AYMENTS: | $1,836.99- | $0.00 | $1,836.99- | $0.00 | $0.00 |
| ATE CHARGES: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| OSTS: | $33.18 | $0.00 | $24.86- | $8.12 | $8.32 |
| EES: | $2,477.25 | $0.00 | $1,812.13- | $758.25 | $665.12 |

EXHIBIT NO. 8-10

PAGE NO. 12

STATEMENT-OFFICE COPY

DE CARLO, CONNOR & SHANLEY
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

AUG 31, 2006

**PLEASE PAY $382.84**

LAST CHARGES BILLED ON:   08/06
LAST PAYMENT RECEIVED ON:   08/06
(405) 682-2323

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

FILE #  8584   CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $382.84

FILE #  8584   CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

**PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:**

| | | | HOURS | FEES |
|---|---|---|---|---|
| 1 | MRG | 8/03/06 TELEPHONE CALL TO HENRY WELSH. | .05 | 9.00 |
| 2 | MRG | 8/03/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 3 | MRG | 8/07/06 PREPARE FAX TO GAIL PATTON. | .10 | 18.00 |
| 4 | MRG | 8/07/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 5 | MRG | 8/31/06 REVIEW FILE RE STATUS. | .15 | 27.00 |
| 6 | MRG | 8/31/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| | | | .45 | $81.00 |

**SUMMARY OF HOURS, RATES & FEES**
MRG HOURS:   0.45 @ $180.00 PER HOUR          $81.00

**COSTS ADVANCED SINCE THE LAST STATEMENT:**

| | | | COSTS |
|---|---|---|---|
| 7 | 8/17/06 | PHOTOCOPY CHARGES DEFAULT LTR MAILED W/ CC. | 0.80 |
| 8 | 8/17/06 | POSTAGE DEFAULT LTR MAILED W/ CC. | 1.56 |
| 9 | 8/17/06 | PHOTOCOPY CHARGES PROC PYMT & LTR MAILED TO ER W/ ENC & CC. | 1.60 |
| 10 | 8/17/06 | POSTAGE PROC PYMT & LTR MAILED TO ER W/ ENC & CC. | 1.56 |
| | | CURRENT COSTS: | $5.52 |

**PAYMENT ACTIVITY SINCE THE LAST STATEMENT:**

| | | | |
|---|---|---|---|
| 11 | 8/09/06 | $377.12   PAYMENT WAS RECEIVED, THANK YOU CK 5803. | |

| | |
|---|---|
| BALANCE FROM THE LAST STATEMENT: | $673.44 |
| PLUS: CHARGES LISTED ABOVE : | $86.52 |
| MINUS: PAYMENTS SINCE THE LAST STATEMENT: | $377.12- |
| TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY : | $382.84 |

| | OPENED  2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE PAID | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|---|---|---|
| HOURS: | | 15.85 | 0.00 | | | |
| YMENTS: | | $2,214.11- | $0.00 | $2,214.11- | $0.00 | $0.00 |
| TE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| STS: | | $38.70 | $0.00 | $33.18- | $8.32 | $5.52 |
| ES: | | $2,558.25 | $0.00 | $2,180.93- | $665.12 | $377.32 |

EXHIBIT NO. 8-11
PAGE NO. 13

STATEMENT-OFFICE COPY

DE CARLO, CONNOR & SHANLEY
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

SEPT 30, 2006

PLEASE PAY $133.88

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

LAST CHARGES BILLED ON:   09/06
LAST PAYMENT RECEIVED ON:  09/06
(405) 682-2323

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                          (31 -R 8406)

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $133.88**

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                          (31 -R 8406)

PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:

| | | | HOURS | FEES |
|---|---|---|---|---|
| 1 MRG | 9/18/06 | REVIEW FILE RE STATUS. | .10 | 18.00 |
| 2 MRG | 9/21/06 | REVIEW LATE LETTER TO EMPLOYER. | .10 | 18.00 |
| 3 MRG | 9/22/06 | REVIEW & RESPOND TO E-MAIL FROM PATTON RE LATE PAYMENT. | .05 | 9.00 |
| | | | .25 | $45.00 |

SUMMARY OF HOURS, RATES & FEES
MRG HOURS:   0.25  @  $180.00 PER HOUR        $45.00

COSTS ADVANCED SINCE THE LAST STATEMENT:

| | | | COSTS |
|---|---|---|---|
| 4 | 9/21/06 | PHOTOCOPY CHARGES LATE LTR TO ER RE PYMT W/ CC. | 0.80 |
| 5 | 9/21/06 | POSTAGE LATE LTR TO ER RE PYMT W/ CC. | 1.56 |
| | | CURRENT COSTS: | $2.36 |

PAYMENT ACTIVITY SINCE THE LAST STATEMENT:
6   9/11/06        $296.32   PAYMENT WAS RECEIVED, THANK YOU CK 5839.

| | |
|---|---|
| BALANCE FROM THE LAST STATEMENT: | $382.84 |
| PLUS: CHARGES LISTED ABOVE : | $47.36 |
| MINUS: PAYMENTS SINCE THE LAST STATEMENT: | $296.32- |
| TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY: | $133.88 |

| | OPENED 2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE | BEGINNING | ENDING |
|---|---|---|---|---|---|---|
| | HOURS: | 16.10 | 0.00 | PAID | BALANCE | BALANCE |
| PAYMENTS: | | $2,510.43- | $0.00 | $2,510.43- | $0.00 | $0.00 |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $41.06 | $0.00 | $38.70- | $5.52 | $2.36 |
| FEES: | | $2,603.25 | $0.00 | $2,471.73- | $377.32 | $131.52 |

EXHIBIT NO. 8-12
PAGE NO. 14

37

STATEMENT-OFFICE COPY

DE CARLO, CONNOR & SHANLEY
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

OCT 31, 2006

**PLEASE PAY $488.84**

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

LAST CHARGES BILLED ON:   10/06
LAST PAYMENT RECEIVED ON:  09/06
(405) 682-2323

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                (31 -R 8406)

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $488.84**

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                (31 -R 8406)

**PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:**

| | | HOURS | FEES |
|---|---|---|---|
| 1 | MRG 10/03/06 REVIEW FILE RE DEFAULT. | .20 | 36.00 |
| 2 | MRG 10/03/06 INSTRUCTIONS TO STAFF RE COMPLAINT. | .20 | 36.00 |
| 3 | MRG 10/06/06 INSTRUCTIONS TO STAFF RE PROCEEDING. | .05 | 9.00 |
| 4 | MRG 10/13/06 TELEPHONE CALL TO GAIL PATTON. | .05 | 9.00 |
| 5 | MRG 10/16/06 TELEPHONE CALL TO GAIL PATTON (LEFT DETAILED MESSAGE). | .05 | 0.00* |
| 6 | MRG 10/16/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 7 | MRG 10/16/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 8 | MRG 10/16/06 TELEPHONE CALL FROM GAIL PATTON RE: STATUS OF REPORTS & PAYMENTS. | .05 | 9.00 |
| 9 | MRG 10/16/06 REVIEW FAX FROM STEPHEN KURZ. | .05 | 9.00 |
| 10 | MRG 10/16/06 PREPARE FAX TO GAIL PATTON. | .10 | 18.00 |
| 11 | MRG 10/19/06 PROCESS PAYMENT. | .20 | 36.00 |
| 12 | MRG 10/26/06 REVISION OF COMPLAINT. | .45 | 81.00 |
| 13 | MRG 10/31/06 REVISION OF COMPLAINT. | .50 | 90.00 |
| | | 2.00 | $351.00 |

**SUMMARY OF HOURS, RATES & FEES**

| | | | | | |
|---|---|---|---|---|---|
| MRG HOURS: | 1.95 | @ $180.00 PER HOUR | $351.00 | | |
| NO CHARGE HOURS: | 0.05 | | | | |
| NET TOTAL HOURS: | 2.00 | NET TOTAL FEES: | $351.00 | | |

**COSTS ADVANCED SINCE THE LAST STATEMENT:**

| | | | COSTS |
|---|---|---|---|
| 14 | 10/19/06 | PHOTOCOPY CHARGES PROC PYMT & LTR TO ER RE DEFAULT. | 2.40 |
| 15 | 10/19/06 | POSTAGE PROC PYMT & LTR TO ER RE DEFAULT. | 1.56 |
| | | CURRENT COSTS: | $3.96 |

BALANCE FROM THE LAST STATEMENT :         $133.88
PLUS: CHARGES LISTED ABOVE :         $354.96
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY :         $488.84

| | OPENED  2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE | BEGINNING | ENDING |
|---|---|---|---|---|---|---|
| HOURS: | | 18.10 | 0.00 | PAID | BALANCE | BALANCE |
| PAYMENTS: | | $2,510.43- | $0.00 | $2,510.43- | $0.00 | $0.00 |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $45.02 | $0.00 | $38.70- | $2.36 | $6.32 |
| FEES: | | $2,954.25 | $0.00 | $2,471.73- | $131.52 | $482.5 |

62

EXHIBIT NO.  8-13
PAGE NO.  15

STATEMENT-OFFICE COPY

DE CARLO, CONNOR & SHANLEY
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

NOV 30, 2006

**PLEASE PAY $1,154.84**

LAST CHARGES BILLED ON:   11/06
LAST PAYMENT RECEIVED ON:   09/06

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

(405) 682-2323

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $1,154.84**

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

**PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:**

| | | HOURS | FEES |
|---|---|---|---|
| 1 | MRG 11/07/06 REVISION OF COMPLAINT. | .50 | 90.00 |
| 2 | MRG 11/09/06 REVIEW MESSAGE FROM STEVEN KURZ. | .05 | 9.00 |
| 3 | MRG 11/09/06 TELEPHONE CALL TO GAIL PATTON RE CALL FROM KURZ. | .05 | 9.00 |
| 4 | MRG 11/09/06 TELEPHONE CALL TO KURZ (LEFT DETAILED MESSAGE). | .05 | 9.00 |
| 5 | MRG 11/09/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 6 | MRG 11/09/06 REVIEW FILE. | .10 | 18.00 |
| 7 | MRG 11/15/06 INSTRUCTIONS TO STAFF RE COMPLAINT. | .20 | 36.00 |
| 8 | MRG 11/17/06 TELEPHONE CALL TO BRIAN QUINN. | .05 | 9.00 |
| 9 | BFQ 11/17/06 TELEPHONE CALL GIFFORD RE: COMPLAINT. | .05 | 9.00 |
| 10 | BFQ 11/17/06 REVIEW COMPLAINT. | .10 | 18.00 |
| 11 | MRG 11/21/06 UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 12 | BFQ 11/22/06 REVIEW COMPLAINT. | .55 | 99.00 |
| 13 | MRG 11/29/06 UPDATE INFORMATION ON ABACUS. | .05 | 0.00* |
| 14 | BFQ 11/29/06 TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK GIFFORD RE: COMPLAINT. | .05 | 9.00 |
| 15 | MRG 11/30/06 REVIEW AND RESPOND TO E-MAIL FROM QUINN RE COMPLAINT. | .20 | 36.00 |
| 16 | BFQ 11/30/06 PREPARE COMPLAINT. | 1.40 | 252.00 |
| 17 | BFQ 11/30/06 PREPARE COMPLAINT. | .25 | 45.00 |
| | | 3.75 | $666.00 |

**SUMMARY OF HOURS, RATES & FEES**

| | | | | |
|---|---|---|---|---|
| MRG HOURS: | 1.30 | @ $180.00 PER HOUR | $234.00 | |
| BFQ HOURS: | 2.40 | @ $180.00 PER HOUR | $432.00 | |
| NO CHARGE HOURS: | 0.05 | | | |
| NET TOTAL HOURS: | 3.75 | NET TOTAL FEES: | $666.00 | |

**COSTS ADVANCED SINCE THE LAST STATEMENT:**                                    COSTS

| | | |
|---|---|---|
| 18 | 11/21/06  TELEPHONE CALL TO BRIAN QUINN (LEFT VOICEMAIL). | 0.00 |

CURRENT COSTS:   $0.00

| | |
|---|---|
| BALANCE FROM THE LAST STATEMENT : | $488.84 |
| PLUS: CHARGES LISTED ABOVE : | $666.00 |
| TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY: | $1,154.84 |

| | OPENED 2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE | BEGINNING | ENDING |
|---|---|---|---|---|---|---|
| HOURS: | | 21.85 | 0.00 | PAID | BALANCE | BALANCE |
| PAYMENTS: | | $2,510.43- | $0.00 | $2,510.43- | $0.00 | $0.00 |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $45.02 | $0.00 | $38.70- | $6.32 | $6.32 |
| FEES: | | $3,620.25 | $0.00 | $2,471.73- | $482.52 | $1,148.52 |

EXHIBIT NO. 8-14
PAGE NO. 16

STATEMENT-OFFICE COPY

DE CARLO, CONNOR & SHANLEY
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

DEC 31, 2006

**PLEASE PAY $1,301.08**

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

LAST CHARGES BILLED ON:  12/06
LAST PAYMENT RECEIVED ON:  12/06
(405) 682-2323

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                    (31 -R 8406)

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $1,301.08

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                    (31 -R 8406)

**PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:**

| | | HOURS | FEES |
|---|---|---|---|
| 1 MRG 11/10/06 REVISION OF COMPLAINT. | | .20 | 36.00 |
| 2 MRG 12/04/06 CONFERENCE PATTON RE STATUS OF OFFER. | | .05 | 9.00 |
| 3 BFQ 12/04/06 REVIEW COMPLAINT. | | .15 | 27.00 |
| 4 BFQ 12/04/06 REVIEW GIFFORD E-MAIL RE: COMPLAINT SERVICE. | | .05 | 9.00 |
| 5 MRG 12/05/06 TELEPHONE CALL TO BRIAN QUINN RE STATUS. | | .05 | 9.00 |
| 6 BFQ 12/05/06 TELEPHONE CALL GIFFORD RE: COMPLAINT. | | .05 | 9.00 |
| 7 MRG 12/07/06 INSTRUCTIONS TO STAFF RE SERVICE OF COMPLAINT. | | .10 | 18.00 |
| 8 MRG 12/08/06 REVIEW SERVICE INSTRUCTIONS. | | .20 | 36.00 |
| 9 BFQ 12/08/06 REVIEW E-MAIL RE: SERVICE. | | .05 | 9.00 |
| 10 MRG 12/29/06 TELEPHONE CALL TO GAIL PATTON RE STATUS. | | .05 | 9.00 |
| 11 MRG 12/29/06 ATTEND STEVE KURZ. | | .05 | 0.00* |
| 12 MRG 12/29/06 UPDATE INFORMATION ON ABACUS. | | .05 | 9.00 |
| | | 1.05 | $180.00 |

**SUMMARY OF HOURS, RATES & FEES**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| MRG HOURS: | 0.70 | @ | $180.00 PER HOUR | $126.00 |
| BFQ HOURS: | 0.30 | @ | $180.00 PER HOUR | $54.00 |
| NO CHARGE HOURS: | 0.05 | | | |
| NET TOTAL HOURS: | 1.05 | | NET TOTAL FEES: | $180.00 |

**COSTS ADVANCED SINCE THE LAST STATEMENT:**                         COSTS

13 12/08/06  PHOTOCOPY CHARGES S&C W/ SUPP. DOC'S FOR SERVICE.        13.60

CURRENT COSTS:    $13.60

**PAYMENT ACTIVITY SINCE THE LAST STATEMENT:**

14 12/11/06        $47.36  PAYMENT WAS RECEIVED, THANK YOU CK 5902.

BALANCE FROM THE LAST STATEMENT :    $1,154.84
PLUS: CHARGES LISTED ABOVE :    $193.60
MINUS: PAYMENTS SINCE THE LAST STATEMENT:    $47.36-
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY :    $1,301.08

| | OPENED 2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE | BEGINNING | ENDING |
|---|---|---|---|---|---|---|
| HOURS: | 22.90 | 0.00 | PAID | BALANCE | BALANCE |
| AYMENTS: | $2,557.79- | $0.00 | $2,557.79- | $0.00 | $0.00 |
| ATE CHARGES: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| OSTS: | $58.62 | $0.00 | $45.02- | $6.32 | $13.60 |
| EES: | $3,800.25 | $0.00 | $2,512.77- | $1,148.52 | $1,287.48 |

EXHIBIT NO. S-13
PAGE NO. 17

STATEMENT-OFFICE COPY

*DE CARLO, CONNOR & SHANLEY*
*A PROFESSIONAL CORPORATION*
*533 SOUTH FREMONT AVENUE, 9TH FLOOR*
*LOS ANGELES, CA  90071-1706*
*(213) 488-4100*

JAN 31, 2007

**PLEASE PAY $468.12**

LAST CHARGES BILLED ON:   01/07
LAST PAYMENT RECEIVED ON:   01/07

CARPENTERS LABOR MANAGEMENT PENSION FUND    (405) 682-2323
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $468.12

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

**PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:**

| | | | HOURS | FEES |
|---|---|---|---|---|
| 1 BFQ | 1/17/07 | TELEPHONE CALL LUCY RE: SERVICE. | .05 | 9.00 |
| 2 MRG | 1/23/07 | TELEPHONE CALL FROM STEVEN KURZ. | .10 | 18.00 |
| 3 MRG | 1/23/07 | UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 4 MRG | 1/23/07 | INSTRUCTIONS TO STAFF RE STATUS. | .05 | 9.00 |
| 5 BFQ | 1/23/07 | TELEPHONE CALL ATTEMPTED. LEFT MESSAGE TO CALL BACK LUCY M. RE: SERVICE. | .05 | 9.00 |
| 6 BFQ | 1/23/07 | TELEPHONE CALL LUCY M. RE: SERVICE, DEFAULT. | .05 | 9.00 |
| | | | .35 | $63.00 |

**SUMMARY OF HOURS, RATES & FEES**
BFQ HOURS:   0.15 @ $180.00 PER HOUR       $27.00
MRG HOURS:   0.20 @ $180.00 PER HOUR       $36.00
NET TOTAL HOURS:   0.35    NET TOTAL FEES:   $63.00

**COSTS ADVANCED SINCE THE LAST STATEMENT:**

| | | | COSTS |
|---|---|---|---|
| 7 | 1/17/07 | ATTORNEY SERVICE OUT OF STATE SEC. OF S&C. | 125.00 |
| | | CURRENT COSTS: | $125.00 |

**PAYMENT ACTIVITY SINCE THE LAST STATEMENT:**
8   1/02/07      $354.96   PAYMENT WAS RECEIVED, THANK YOU CK 5927.
9   1/10/07      $666.00   PAYMENT WAS RECEIVED, THANK YOU CK 5950.

BALANCE FROM THE LAST STATEMENT:           $1,301.08
PLUS: CHARGES LISTED ABOVE :               $188.00
MINUS: PAYMENTS SINCE THE LAST STATEMENT:   $1,020.96-
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY:   $468.12

| | OPENED 2/06 | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE | BEGINNING | ENDING |
|---|---|---|---|---|---|---|
| HOURS: | | 23.25 | 0.00 | PAID | BALANCE | BALANCE |
| PAYMENTS: | | $3,578.75- | $0.00 | $1,020.96- | $0.00 | $0.00 |
| LATE CHARGES: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | | $183.62 | $0.00 | $13.60- | $13.60 | $125.00 |
| FEES: | | $3,863.25 | $0.00 | $1,007.36- | $1,287.48 | $343.12 |

EXHIBIT NO. 8-16
PAGE NO. 18

STATEMENT-OFFICE COPY

DE CARLO, CONNOR & SHANLEY
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

MARCH 14, 2007

**PLEASE PAY $1,080.60**

**REDRAFT STATEMENT**

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

LAST CHARGES BILLED ON: 02/07
LAST PAYMENT RECEIVED ON: 01/07
(405) 682-2323

---

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                              (31 -R 8406)

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF: $1,080.60**

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                              (31 -R 8406)

PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:

| # | | Date | Description | HOURS | FEES |
|---|---|---|---|---|---|
| 1 | BFQ | 2/02/07 | PREPARE FILING PROOF OF SERVICE. | .20 | 36.00 |
| 2 | BFQ | 2/09/07 | PREPARE DEFAULT FILING. | .20 | 36.00 |
| 3 | MRG | 2/12/07 | UPDATE INFORMATION ON ABACUS RE REQUEST TO ENTER DEFAULT. | .05 | 9.00 |
| 4 | BFQ | 2/12/07 | PREPARE DEFAULT. | .85 | 153.00 |
| 5 | BFQ | 2/12/07 | TELEPHONE CALL GIFFORD RE: DEFAULT. | .05 | 9.00 |
| 6 | MRG | 2/13/07 | REVIEW NOTICE RE ENTRY OF DEFAULT. | .10 | 18.00 |
| 7 | MRG | 2/13/07 | INSTRUCTIONS TO STAFF RE DEFAULT. | .05 | 9.00 |
| 8 | MRG | 2/13/07 | REVIEW LETTER TO EMPLOYER RE DEFAULT. | .10 | 18.00 |
| 9 | BFQ | 2/13/07 | REVIEW ENTRY OF DEFAULT. | .05 | 9.00 |
| 10 | BFQ | 2/13/07 | REVIEW E-MAIL RE: FILING DEFAULT. | .05 | 9.00 |
| 11 | MRG | 2/14/07 | UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 12 | MRG | 2/14/07 | INSTRUCTIONS TO STAFF RE MOTION FOR DEFAULT JUDGMENT. | .05 | 9.00 |
| 13 | MRG | 2/14/07 | REVIEW DEFAULT NOTICE LTR. | .05 | 9.00 |
| 14 | RAO | 2/14/07 | REVIEW DOCUMENTS. | .20 | 11.00 |
| 15 | MRG | 2/21/07 | TELEPHONE CALL TO ATTORNEY MICHAEL MAGERER (LEFT VOICE MAIL MESSAGE). | .05 | 0.00* |
| 16 | MRG | 2/21/07 | UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 17 | MRG | 2/26/07 | PREPARE E-MAIL TO ATTORNEY RE ATTORNEYS FEES. | .30 | 54.00 |
| 18 | MRG | 2/26/07 | CONFERENCE ATTORNEY MICHAEL MAGERER RE SETTLEMENT. | .10 | 18.00 |
| 19 | MRG | 2/26/07 | UPDATE INFORMATION ON ABACUS. | .10 | 18.00 |
| 20 | MRG | 2/26/07 | PREPARE E-MAIL TO MAGERER RE AMOUNT OWED. | .50 | 90.00 |
| 21 | MRG | 2/28/07 | REVIEW & FORWARD E-MAIL TO OPPOSING COUNSEL RE ADDITIONAL AMOUNTS OWED. | .20 | 36.00 |
| 22 | BFQ | 2/28/07 | REVIEW COUNSEL E-MAILS. | .10 | 18.00 |
| | | | | 3.45 | $587.00 |

SUMMARY OF HOURS, RATES & FEES

|  |  |  |  |  |
|---|---|---|---|---|
| BFQ HOURS: | 1.55 | @ | $180.00 PER HOUR | $279.00 |
| MRG HOURS: | 1.65 | @ | $180.00 PER HOUR | $297.00 |
| RAO HOURS: | 0.20 | @ | $55.00 PER HOUR | $11.00 |
| NO CHARGE HOURS: | 0.05 | | | |
| NET TOTAL HOURS: | 3.45 | | NET TOTAL FEES: | $587.00 |

COSTS ADVANCED SINCE THE LAST STATEMENT:                                    COSTS
23     2/13/07  OUTSIDE SERVICES FED EX RE QUINN (1/17).                     25.48
                                                        CURRENT COSTS:      $25.48

                    BALANCE FROM THE LAST STATEMENT :          $468.12
                         PLUS: CHARGES LISTED ABOVE :          $612.48
         TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY :          $1,080.60

EXHIBIT NO. 8-17

PAGE NO. 19

1

STATEMENT-OFFICE COPY

DE CARLO, CONNOR & SHANLEY
A PROFESSIONAL CORPORATION
533 SOUTH FREMONT AVENUE, 9TH FLOOR
LOS ANGELES, CA 90071-1706
(213) 488-4100

MARCH 31, 2007

PLEASE PAY $2,203.80

LAST CHARGES BILLED ON:   03/07
LAST PAYMENT RECEIVED ON:  01/07
(405) 682-2323

CARPENTERS LABOR MANAGEMENT PENSION FUND
C/O ZENITH ADMINISTRATORS
1300 S. MERIDIAN AVE., #200
OKLAHOMA CITY, OK 73108-1751

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

**PLEASE DETACH AND RETURN WITH YOUR PAYMENT OF:  $2,203.80**

FILE # 8584  CLMPF-FREEMAN CARDER (MA)                                    (31 -R 8406)

PROFESSIONAL SERVICES SINCE THE LAST STATEMENT:

| # | | Date | Description | HOURS | FEES |
|---|---|---|---|---|---|
| 1 | MRG | 3/06/07 | REVIEW STATUS OF FILE. | .20 | 36.00 |
| 2 | MRG | 3/06/07 | PREPARE E-MAIL TO OPPOSING COUNSEL REQUESTING STATUS OF DISTRIBUTION. | .10 | 18.00 |
| 3 | MRG | 3/06/07 | UPDATE INFORMATION ON ABACUS. | .10 | 18.00 |
| 4 | MRG | 3/06/07 | UPDATE INFORMATION ON ABACUS. | .10 | 18.00 |
| 5 | MRG | 3/13/07 | TELEPHONE CALL TO ATTORNEY MAGERER. | .10 | 18.00 |
| 6 | MRG | 3/13/07 | UPDATE INFORMATION ON ABACUS. | .10 | 18.00 |
| 7 | BFQ | 3/13/07 | REVIEW FREEMAN CAUDER NOTES/STATUS. | .10 | 18.00 |
| 8 | RAO | 3/13/07 | REVIEW DOCUMENTS. | .20 | 11.00 |
| 9 | MRG | 3/19/07 | INSTRUCTIONS TO STAFF RE PROCESSING OF CHECK. | .10 | 18.00 |
| 10 | MRG | 3/20/07 | PREPARE ACKNOWLEDGMENT LETTER RE PAYMENT. | .30 | 54.00 |
| 11 | MRG | 3/21/07 | REVIEW & RESPOND TO E-MAIL FROM CHENEY. | .05 | 9.00 |
| 12 | MRG | 3/21/07 | UPDATE INFORMATION ON ABACUS. | .05 | 9.00 |
| 13 | RAO | 3/21/07 | REVIEW FILE. | .50 | 27.50 |
| 14 | RAO | 3/22/07 | RESEARCH LOCAL RULES. | 1.00 | 55.00 |
| 15 | BFQ | 3/27/07 | REVIEW LTR. RE: PAYMENT. | .05 | 9.00 |
| 16 | MRG | 3/29/07 | CONFERENCE WITH ROBERTA OLSON RE MOTION FOR DEFAULT JUDGMENT. | .20 | 36.00 |
| 17 | RAO | 3/29/07 | PREPARE MEMORANDUM OF POINTS AND AUTHORITIES. | 1.00 | 55.00 |
| 18 | RAO | 3/29/07 | PREPARE MOTION. | .75 | 41.25 |
| 19 | MRG | 3/30/07 | REVISION OF MOTION FOR DEFAULT JUDGMENT. | .40 | 72.00 |
| 20 | MRG | 3/30/07 | CONFERENCE WITH ROBERTA OLSON RE MOTION FOR DEFAULT JUDGMENT. | .10 | 18.00 |
| 21 | MRG | 3/30/07 | CONFERENCE WITH ROBERTA OLSON. | .10 | 18.00 |
| 22 | RAO | 3/30/07 | PREPARE MEMORANDUM OF POINTS AND AUTHORITIES. | 1.00 | 55.00 |
| 23 | RAO | 3/30/07 | PREPARE CERTIFICATE. | .25 | 13.75 |
| 24 | RAO | 3/30/07 | PREPARE DECLARATION OF BRIAN QUINN. | .60 | 33.00 |
| 25 | RAO | 3/30/07 | PREPARE DECLARATION OF VICKIE CHENEY. | .75 | 41.25 |
| 26 | RAO | 3/30/07 | PREPARE ORDER. | .50 | 27.50 |
| 27 | RAO | 3/30/07 | PREPARE JUDGMENT. | .40 | 22.00 |
| | | | | 9.10 | $769.25 |

SUMMARY OF HOURS, RATES & FEES

| | | | | |
|---|---|---|---|---|
| MRG HOURS: | 2.00 | @ $180.00 PER HOUR | $360.00 |
| BFQ HOURS: | 0.15 | @ $180.00 PER HOUR | $27.00 |
| RAO HOURS: | 6.95 | @ $55.00 PER HOUR | $382.25 |
| NET TOTAL HOURS: | 9.10 | NET TOTAL FEES: | $769.25 |

COSTS ADVANCED SINCE THE LAST STATEMENT:                                   COSTS

| # | Date | Description | COSTS |
|---|---|---|---|
| 28 | 3/20/07 | PHOTOCOPY CHARGES LTR TO ER RE PYMT W/ ENC & CL. | 2.00 |
| 29 | 3/20/07 | POSTAGE LTR TO ER RE PYMT W/ ENC & CL. | 1.95 |
| 30 | 3/30/07 | COURT COSTS COMPLAINT (FILED 12/06) USDC - NJ. | 350.00 |
| | | CURRENT COSTS: | $353.95 |

348

EXHIBIT NO. 8-18
PAGE NO. 20

STATEMENT-OFFICE COPY

| 8406-31 -8584 | MARCH 31, 2007 | PAGE 2 |
|---|---|---|

BALANCE FROM THE LAST STATEMENT : $1,080.60
PLUS: CHARGES LISTED ABOVE : $1,123.20
TOTAL AMOUNT DUE AND PAYABLE, PLEASE PAY : $2,203.80

| | FILE-TO-DATE | ADJUSTMENTS | YEAR-TO-DATE | BEGINNING | ENDING |
|---|---|---|---|---|---|
| OPENED 2/06 | | | | | |
| HOURS: | 35.80 | 0.00 | PAID | BALANCE | BALANCE |
| PAYMENTS: | $3,578.75- | $0.00 | $1,020.96- | $0.00 | $0.00 |
| LATE CHARGES: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| COSTS: | $563.05 | $0.00 | $13.60- | $150.48 | $504.43 |
| FEES: | $5,219.50 | $0.00 | $1,007.36- | $930.12 | $1,699.37 |

349

EXHIBIT NO. 8-19
PAGE NO. 21

Summary of Attorney fees for April 2007

| RAO | 4/2/07 | Revise documents | .50 | 27.50 |
|-----|--------|------------------|-----|-------|
| RAO | 4/2/07 | Research attorney fees | .75 | 41.25 |
| MRG | 4/3/07 | Conversation with Roberta Olson | .20 | 36.00 |
| RAO | 4/3/07 | Telephone call to Brian Quinn | .10 | 5.50 |
| RAO | 4/3/07 | Conversation with Margaret Gifford | .20 | 11.00 |
| MRG | 4/3/07 | Conversation with Patrick Connor | .10 | 18.00 |
| MRG | 4/3/07 | Conversation with Roberta Olson | .10 | 18.00 |
| RAO | 4/3/07 | Conversation with Margaret Gifford | .10 | 5.50 |
| RAO | 4/6/07 | Revise Motion for Default Judgment | .50 | 27.50 |
| RAO | 4/6/07 | Prepare Declaration of Margaret Gifford | .50 | 27.50 |
| RAO | 4/6/07 | Research local rules re attorney fees | .35 | 19.25 |
| MRG | 4/9/07 | Revise Motion for Default Judgment | .20 | 36.00 |
| RAO | 4/13/07 | Revise Motion for Default Judgment | .35 | 19.25 |
| RAO | 4/16/07 | Conversation with Margaret Gifford | .25 | 13.75 |
| RAO | 4/17/07 | Revise Motion for Default Judgment | .50 | 27.50 |
| RAO | 4/17/07 | Prepare Declaration of Roberta Olson | .40 | 22.00 |

TOTAL                          $355.50

EXHIBIT NO. 8-20
PAGE NO. 22