UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001 | Case No. 1:06CV02069-RMU |
| and | |
| DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001 | Judge: Ricardo M. Urbina |
| | Date Complaint filed: December 4, 2006 |
| Plaintiffs, | |
| v. | |
| FREEMAN-CARDER, LLC, a Massachusetts Limited Liability Company, 20 Sun Street Waltham, MA | |
| Defendant. | |

### AFFIDAVIT OF ROBERTA OLSON

The undersigned, hereby declares under penalty of perjury that:

1. My name is Roberta Olson. I am over the age of twenty-one and competent to make this Affidavit. I am a paralegal employed by DeCarlo, Connor & Shanley, attorneys for Plaintiffs, counsel of record for the Plaintiffs in the above-styled and numbered case and I have personal knowledge of the matters stated herein, including facts that have been elicited from my review of the files in this matter.

////

////

2. I have reviewed Exhibit 8 attached to the Affidavit of Brian Quinn and they accurately reflect the time and the dates on which I provided services in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2007 at Los Angeles, California.

DATED: 6/13/07

Roberta Olson
Paralegal
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Ave., 9th Fl.
Los Angeles, CA 90071
Telephone (213) 488-4100
Telecopier (213) 488-4180

Subscribed and Sworn to (or affirmed) before me on this 13rd day of June 2007, by Roberta Olson, personally known to me or proven to me on the basis of satisfactory evidence to be the person who appeared before me.

Estelita Hamilton
Notary Public in and for said County and State

ESTELITA HAMILTON
Commission # 1435519
Notary Public - California
Los Angeles County
My Comm. Expires Sep 16, 2007