UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND,<br>101 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br><br>Plaintiffs,<br><br>v.<br><br>FREEMAN-CARDER, LLC, a Massachusetts Limited Liability Company,<br>20 Sun Street<br>Waltham, MA<br><br>Defendant. | Case No.: 1:06CV02069-RMU<br><br>Judge: Ricardo M. Urbina<br><br>Date Complaint filed:<br>December 4, 2006 |

### AFFIDAVIT OF MARGARET R. GIFFORD

The undersigned, hereby declares under penalty of perjury that:

1. My name is Margaret R. Gifford. I am over the age of twenty-one and competent to make this Affidavit. I am a member of DeCarlo, Connor & Shanley, counsel of record for the Plaintiffs in the above-styled and numbered case and I have personal knowledge of the matters stated herein, including facts that have been elicited from my review of the files in this matter.

2. I have performed legal services on behalf of the PLAINTIFFS in this case. All such services were reasonable and necessary to prosecute the PLAINTIFFS' cause of action against FREEMAN-CARDER, LLC, a Massachusetts Limited Liability Company, ("DEFENDANT"). I am

licensed to practice law in all of the courts in the State of California, including United States District Court, Central District. I am also licensed in the District of Columbia, am a member of the District of Columbia Bar, Bar No. 501693 and was sworn in on January 8, 2007. In the course of my experience, I have become familiar with the customary and usual charges for attorneys' fees in cases similar to the one currently before the Court.

3. Exhibit 8 to the Affidavit of Brian Quinn details the hours spent by myself, other attorneys and paralegal in my firm on this matter. I reviewed the hours billed and believe them to be reasonable under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2007 at Los Angeles, California.

DATED: June 13, 2007

*Margaret R. Gifford*
Margaret R. Gifford, Esq/ D.C. Bar No. 501693
a member of
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Ave., 9th Fl.
Los Angeles, CA 90071
Telephone (213) 488-4100
Telecopier (213) 488-4180
Email: mgifford@deconsel.com

Subscribed and Sworn to (or affirmed) before me on this 13th day of June 2007, by Margaret R. Gifford, personally known to me or proven to me on the basis of satisfactory evidence to be the person who appeared before me.

Roberta Olson
Notary Public in and for
said County and State

ROBERTA OLSON
Commission # 1424892
Notary Public - California
Los Angeles County
My Comm. Expires Jul 3, 2007

2