UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND *et al.*, | : : : | |
| Plaintiffs, | : : | Civil Action No.:   06-2069  (RMU) |
| v. | : : | Document No.:   5 |
| FREEMAN-CARDER LLC, | : : | |
| Defendant. | : : : | |

**ORDER**

GRANTING THE PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT;
ASSESSING A $57,055.77 CIVIL PENALTY AGAINST THE DEFENDANT; AND DIRECTING THE
DEFENDANT TO SUBMIT TO AN AUDIT AND REMIT ALL NECESSARY CONTRIBUTIONS TO THE
PENSION FUND

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 2nd day of August 2007, it is hereby

**ORDERED** that the plaintiffs' motion for entry of default judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant pay the plaintiff $57,055.77 in civil penalties; and it is

**ORDERED** that the defendant submit to and cooperate with an audit of its books and records for the time periods specified under the collective bargaining agreement and remit necessary contributions revealed by that audit.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge