AO 133 (Rev. for DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Carpenters Labor-Management Pension Fund, et al.

**BILL OF COSTS**

Case Number: 1:06-CV-02069-RMU

V.

Freeman-Carder LLC, A Massachusetts Limited Liability Company

Judgment having been entered in the above entitled action on August 2, 2007 against Freeman-Carder LLC, A Massachusetts Limited Liability Company, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk.................................................................................... | $ 350.00 |
| Fees for service of summons and subpoena......................................... | 125.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing..................................................... | |
| Fees for witnesses (itemize on reverse side)........................................ | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case.......... | |
| Docket fees under 28 U.S.C. 1923........................................................ | |
| Costs as shown on Mandate of Court of Appeals................................ | |
| Compensation of court-appointed experts............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize).................................................................. | |
| **TOTAL** | $ 475.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Freeman-Carder LLC, A Massachusetts Limited Liability Company 20 Sun Street, Waltham, MA 02453

Signature of Attorney: *Brian F. Quinn*

Name of Attorney: Brian F. Quinn, Esq.

For: Carpenters Labor-Management Pension Fund, et al.        Date: 8-21-07
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk    By: _____    _____
                                        Deputy Clerk             Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
  "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
  "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
  "Entry of the judgment shall not be delayed for the taxing of costs.

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4618306685
Cashier ID: lwebb
Transaction Date: 12/04/2006
Payer Name: Decarlo Connor Selvo
-----------------------------------
CIVIL FILING FEE
  For: Decarlo Connor Selvo
  Amount:        $350.00
-----------------------------------
CHECK
  Check/Money Order Num: 8981
  Amt Tendered: $350.00
-----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

06-2069

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.
```

AO 440 (Rev DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE    Case No. 1:06CV02069 |
|---|---|
| Service of the Summons and complaint was made by me | DATE<br>Dec. 27, 2006    1:05PM |
| NAME OF SERVER (PRINT)<br>Michael B. Fixman | TITLE     Constable<br>A disinterested person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served in hand to Supervisor Vincenzo Monaco, agent authorized to accept service on behalf of Freeman-Carder, LLC. Served at 20 Sun St, Waltham, MA 02453

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): also served exhibits 1-5 and notice of right to consent to trial before magistrate.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL<br>125.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Dec. 27, 2006
                  Date                    Signature of Server

on behalf of All-N-One Legal Support, Inc.
Address of Server  1545 Wilshire Blvd., Suite 715
                   Los Angeles, CA  90017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.