UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001<br><br>    Plaintiffs,<br><br>v.<br><br>FREEMAN-CARDER LLC, a Massachusetts Limited Liability Company, 20 Sun Street Waltham, MA<br><br>    Defendant. | APPEARANCE<br><br>Case No. 1:06CV02069<br><br><br>Judge: Ricardo E. Urbina<br><br><br>Date Complaint filed: December 4, 2006 |

To the Clerk of this court and all parties of record:

Please enter the appearance of MARGARET R. GIFFORD as counsel in this case for:

CARPENTERS LABOR-MANAGEMENT PENSION FUND, and

DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as

///

///

///

trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, Plaintiffs.

DATED:    October 5, 2007

_Margaret R. Gifford_
Margaret R. Gifford, Esq.
a member of
DeCARLO, CONNOR & SHANLEY
a Professional Corporation
533 South Fremont Avenue, 9th Fl.
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180
Email: mgifford@deconsel.com
101 Constitution Avenue, N.W.
Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105

501693
Bar Identification

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001<br><br>and<br><br>DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, as Trustees of the CARPENTERS LABOR-MANAGEMENT PENSION FUND, 101 Constitution Avenue, N.W. Washington, D.C. 20001<br><br>Plaintiffs,<br><br>v.<br><br>FREEMAN-CARDER LLC, a Massachusetts Limited Liability Company, 20 Sun Street Waltham, MA<br><br>Defendant. | Case No. 1:06CV02069<br><br>Judge: Ricardo E. Urbina<br><br>Date Complaint filed: December 4, 2006 |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing APPEARANCE was served by first-class mail on this 5th. day of October to:

> FREEMAN-CARDER LLC, a Massachusetts Limited Liability Company,
> 20 Sun Street, Walthan, MA 02453

DATED:   October 5, 2007

*Dolores Canchola*
Dolores Canchola, Secretary
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 South Fremont Avenue, 9th Fl.
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180
Email: mgifford@deconsel.com