AO 133 Rev. for DC 93 Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**BILL OF COSTS**

Carpenters Labor-Management Pension Fund, et al.

Case Number:

V.

1:06-CV-02069-RMU

Freeman-Carder LLC, A Massachusetts Limited Liability Company

Judgment having been entered in the above entitled action on August 2, 2007 against Freeman-Carder LLC, A Massachusetts
(date)                                        Limited Liability Company
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk........................................................................................ | $ 350.00 |
| Fees for service of summons and subpoena......................................................... | 125.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing................................................................. | |
| Fees for witnesses (itemize on reverse side)...................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case........... | |
| Docket fees under 28 U.S.C. 1923................................................................. | |
| Costs as shown on Mandate of Court of Appeals................................................... | |
| Compensation of court-appointed experts.......................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828...... | |
| Other costs (please itemize)......................................................................... | |
| **TOTAL** | **$ 475.00** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for
which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid
to: Freeman-Carder LLC, A Massachusetts Limited Liability Company
20 Sur Street, Waltham, MA  02453
Signature of Attorney: *Brian F. Quinn*

Name of Attorney:    Brian F. Quinn, Esq.

For Carpenters Labor-Management Pension Fund, et al.                    Date: 8-21-07
Name of Claiming Party

Costs are taxed in the amount of    $ 475.00                            and included in the judgment

NANCY MAYER-WHITTINGTON, Clerk         By: *Jeffrey Blanchard*   1/3/08
                                            Deputy Clerk          Date